UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JUSTIN K. HOUGTALING,
    Plaintiff,

v.    06-1013

GUY PIERCE, et al.,
    Defendants.

## CASE MANAGEMENT ORDER

This cause is before the court for status hearing by telephone conference call. The plaintiff appeared pro se. Defendants Woods, Harris, Johnssen, Evans and O'Connell were represented by Assistant United States Attorney Jason Young. Defendant Maribeth O'Connell was represented by Attorney Teresa Powell.

### DEFAULT JUDGEMENT

Defendant Scott was served with a copy of the complaint in this case on April 21, 2006. However, he has not filed an answer to the complaint and no longer works for the Illinois Department of Corrections. Attempts to reach this defendant at his last known address have not been successful.

The plaintiff has filed a motion for default. [d/e 20]. The motion is denied. The entry of a default judgement is a matter of discretion and is not favored over resolving a case on its merits. *See* Isby v. Clark, 100 F.3d 502, 504 (7th Cir. 1996)(trial judge did not abuse discretion by denying default judgment for failure to file answer to amended complaint). In addition, the court notes that this is a civil action subject to the Prison Litigation Reform Act which provides that no relief shall be granted until the defendant has filed a reply. 42 U.S.C. §1997(e)(g)(1). Lastly, the plaintiff will not be prejudiced by additional attempts to locate this defendant.

### HIPPA ORDER

On February 28, 2006, the court conducted a merit review of the plaintiff's complaint. The court found that the plaintiff had adequately alleged that the Defendants Johnssen, Evans, Outman, O'Connell and Harris violated his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs.

Defendant Outman now filed a motion asking for an order pursuant to the Health Insurance Portability and Accountability Act (HIPAA) allowing the release of medical records for the purpose of this litigation only. The motion is granted. [d/e 32]
    **IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion for default judgement is denied. [d/e 20]**

**2) Defendant Outman's motion for an order pursuant to 45 CFR 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) for the release of medical records is granted. [d/e 32]**

**3) The plaintiff's medical records shall be released to the attorneys of record in this litigation upon request of said attorney(s) to any covered entity, as defined by 45 C.F.R. 160.103. Those attorneys are Theresa Powell and Jason Young. This order applies to all of the plaintiff's protected health information produced by a covered entity as defined under the Health Insurance Portability and Accountability Act and attendant federal regulations. The parties and their attorneys shall not use or disclose the protected health information for any purpose other than the litigation in this case. Upon the termination of this litigation, the parties and their attorneys shall either return said protected health information to the covered entity or destroy the protected health information.**

**4) The court will abide by the following scheduling deadlines: a) all discovery must be completed on or before January 12, 2007, and b) any summary judgement motions must be filed on or before February 12, 2007.**

Entered this  30th    Day of August, 2006.

                                          s\Harold A. Baker

                                    HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE