UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JUSTIN HOUGTALING,
   Plaintiff,

vs.                                         No. 06-1013

GUY PIERCE, et al.,
   Defendants.

## ORDER

This cause is before the court on plaintiff's unopposed motion to voluntarily dismiss his lawsuit. [d/e 36]. It is somewhat difficult to read the plaintiff's handwritten motion. However, it appears the plaintiff does not wish to proceed because he is representing himself and "I have information that is more important than the law suit, it pertains to my criminal case." (Plain. Mot., p. 1) The plaintiff's motion is granted.

**IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion to voluntarily dismiss this case is granted. [d/e 36] The case is dismissed without prejudice.**

**2) The agency having custody of the plaintiff is directed to remit the docketing fee of $250.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $250.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $250.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $250.00.**

**3) The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change.**

**4) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.**

Entered this __13th_____ day of November, 2006.

                                    **s/Harold A. Baker**
                     _____
                                HAROLD A. BAKER
                          UNITED STATES DISTRICT JUDGE